■ GREGORY WILLIAMS, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [686 NYS2d 707] —Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered September 22, 1997, which, in an action for personal injuries, denied defendant's motion to dismiss the complaint and granted plaintiff's cross motion for an extension of time to appear for General Municipal Law § 50-h examinations, unanimously affirmed, without costs.

Upon this record it does not appear that plaintiff's failure to comply with the stipulation was willful (*see, Teitelbaum Holdings v Gold*, 48 NY2d 51, 54; *Bussing v Caligiuri*, 65 AD2d 764; *Central Val. Concrete Corp. v Montgomery Ward & Co.*, 34 AD2d 860). Concur—Nardelli, J. P., Williams, Tom, Rubin and Friedman, JJ.